1
STEVEN W. PITE (CA SBN 157537)
DAVID E. McALLISTER (CA SBN 185831)
2
JOHN B. ACIERNO III (CA SBN 257176)
PITE DUNCAN, LLP
3
4375 Jutland Drive, Suite 200
P.O. Box 17933
4
San Diego, CA 92177-0933
Telephone: (858) 750-7600
5
Facsimile: (619) 590-1385

6
Attorneys for NATIONAL CITY BANK

7

8

9
UNITED STATES BANKRUPTCY COURT

10
NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

11
| In re | Case No. 08-47544-RJN |
|---|---|
12
| KENNETH JOSEPH HOCTER AND SHERRILL ANN HOCTER, | Chapter 13 |
13
| | NATIONAL CITY BANK'S REQUEST FOR SPECIAL NOTICE AND SERVICE OF PAPERS AND RESERVATION OF RIGHTS |
14
| Debtor(s). | |
15

16

17
TO:      UNITED STATES BANKRUPTCY JUDGE, THE DEBTOR(S), AND ALL INTERESTED

18
         PARTIES

19
         PLEASE TAKE NOTICE that the firm of PITE DUNCAN, LLP, attorneys for NATIONAL

20
CITY BANK, hereby requests special notice of all events relevant to the above-referenced

21
bankruptcy and copies of all pleadings or documents filed in relation to the above-referenced

22
bankruptcy, including all pleadings or notices under Federal Rules of Bankruptcy Procedure, Rule

23
2002, the commencement of any adversary proceedings, the filing of any requests for hearing,

24
objections, and/or notices of motion, or any other auxiliary filings, as well as notice of all matters

25
which must be noticed to creditors, creditors committees and parties-in-interest and other notices as

26
required by the United States Bankruptcy Code and Rules and/or Local Rules of the above-

27
referenced bankruptcy court.

28
/././

Case: 08-47544    Doc# 21    Filed: 05/19/09    Entered: 05/19/09 16:57:10    Page 1 of 2

1    PITE DUNCAN, LLP, requests that for all notice purposes and for inclusion in the Master

2  Mailing List in this case, the following address be used:

3                                 John B. Acierno III
                               PITE DUNCAN, LLP
4                            4375 Jutland Drive, Suite 200
                                P.O. Box 17933
5                           San Diego, CA 92177-0933

6    Neither this Request for Special Notice nor any subsequent appearance, pleading, claim,

7  proof of claim, documents, suit, motion nor any other writing or conduct, shall constitute a waiver of

8  the within party's:

9    a.      Right to have any and all final orders in any and all non-core matters entered only

10 after de novo review by a United States District Court Judge;

11   b.      Right to trial by jury in any proceeding as to any and all matters so triable herein,

12 whether or not the same be designated legal or private rights, or in any case, controversy or

13 proceeding related hereto, notwithstanding the designation or not of such matters as "core

14 proceedings" pursuant to 28 U.S.C. § 157(b)(2)(H), and whether such jury trial right is pursuant to

15 statute or the United States Constitution;

16   c.      Right to have the reference of this matter withdrawn by the United States District

17 Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and

18   d.      Other rights, claims, actions, defenses, setoffs, recoupments or other matters to which

19 this party is entitled under any agreements at law or in equity or under the United States

20 Constitution.

21   All of the above rights are expressly reserved and preserved by this party without exception

22 and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other

23 participation in these matters.

24 Dated: May 19, 2009                    PITE DUNCAN, LLP

25

26

27                                        /s/ JOHN B. ACIERNO III (CA SBN 257176)
                                          Attorneys for NATIONAL CITY BANK

28