| | |
|---|---|
| 1 | ANGELA A. VELEN, ESQ. #217292 |
| | **COLLECTION AT LAW, INC.** |
| 2 | **A PROFESSIONAL LAW CORPORATION** |
| | 31200 Via Colinas, Suite 101 |
| 3 | Westlake Village, CA 91362 |
| | (818) 716-7630 |
| 4 | (818) 716-7775 (Fax) |
| 5 | Attorneys for Creditor, |

FILED 2009 JUN -9 PM 2:03 U.S. BANKRUPTCY COURT NORTHERN DIST. OF CA. OAKLAND, CA.

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

IN RE: ) CASE NO. 08-47544
)
KENNETH JOSEPH HOCTER et al )
) REQUEST FOR SPECIAL NOTICE
Debtor. )
)
)
)

TO THE DEBTORS, TO ALL CREDITORS, AND TO ALL OTHER PARTIES IN INTEREST:

The undersigned hereby requests a copy of all notices sent by this Court to creditors, equity security holders and creditor's committees, also be sent as set forth below:

ANGELA A. VELEN, ESQ.
**COLLECTION AT LAW, INC.**
31200 Via Colinas, Suite 101
Westlake Village, CA 91362
(818) 716-7630
(818) 716-7775 (Fax)

The undersigned represents <u>Advance Restaurant Finance, LLC.</u>, creditor of the above estate.

DATED: June ____, 2009        COLLECTION AT LAW, INC.

By: _____
ANGELA A. VELEN, ESQ.

## PROOF OF SERVICE

STATE OF CALIFORNIA,

COUNTY OF VENTURA:

I, Arsen Karayan, am employed in the aforesaid County, State of California; I am over the age of 18 years and not a party to the within action; my business address is 31200 Via Colinas, Suite 101, Westlake Village, CA 91362.

On June 4, 2009, I served the foregoing REQUEST FOR SPECIAL NOTICE on the interested parties in this action by placing a true copy thereof, enclosed in a sealed envelope, addressed as follows:

Attorney

Patrick L. Forte
Law Offices of Patrick L. Forte
1 Kaiser Plaza #480
Oakland, CA 94612

Trustee

Martha G. Bronitsky
PO Box 5004
Hayward, CA 94540

I caused such envelope with postage thereon fully paid to be placed in the United States mail at Westlake Village, California.

I declare under penalty of perjury, under the laws of the United States of America that the foregoing is true and correct.

Executed on June 4, 2009, at Westlake Village, California.

Arsen Karayan