```
 1  PATRICK L. FORTE, #80050
    ANNE Y. SHIAU, #273709
 2  LAW OFFICES OF PATRICK L. FORTE
    One Kaiser Plaza, #480
 3  Oakland, CA 94612
    Telephone: (510) 465-3328
 4  Facsimile: (510) 763-8354

 5  Attorneys for Debtors
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | **Case No. 08-47544 WJL** |
| **KENNETH JOSEPH HOCTER and SHERRILL ANN HOCTER,** | **Chapter 13** |
| Debtors. | **MOTION TO MODIFY CHAPTER 13 PLAN** |
| _____/ | |

The above-named debtors apply to the court for an order to modify their Chapter 13 Plan as follows:

Commencing May 2013, Debtors will pay $1,255.00 per month to the Trustee. Any plan arrearages shall be forgiven. Unsecured, non-priority creditors shall be paid on a pro-tanto basis.

The modification is sought on the following grounds: To make the Chapter 13 plan feasible.

Dated: May 16, 2013

                                             /s/ Patrick L. Forte
                                           PATRICK L. FORTE
                                           Attorney for Debtors