MELINDA HAAG (CABN 132612)
United States Attorney
THOMAS MOORE (ASBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
 11th Floor Federal Building
 450 Golden Gate Avenue, Box 36055
 San Francisco, CA 94102
 Telephone:   (415) 436-7017
 Fax:         (415) 436-7009
 Email: Tom.Moore@usdoj.gov

Attorneys for the United States of America

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In re:                                          ) Case No. 08-47544-WJL
                                                )
KENNETH JOSEPH HOCTER and                       ) Chapter 13
SHERRILL ANN HOCTER,                            )
                                                )
      Debtors,                                  ) SUBSTITUTION OF ATTORNEY
_____ )

Please take notice that as of August 26, 2013, the Assistant U.S. Attorney whose name, address, telephone number and email address are listed below was assigned to be counsel for the government.

THOMAS MOORE
Assistant United States Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7017
Facsimile: (415) 436-7009
Email: Tom.Moore@usdoj.gov

         Respectfully submitted,

         MELINDA HAAG
         United States Attorney


         _____/s/_____
         THOMAS MOORE
         Assistant United States Attorney
         Chief, Tax Division